AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT D. COLLINGWOOD<br><br>*Defendant(s)* | Case No.<br>20-MJ-3197 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/16/2020__ in the county of __Sangamon__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 9222(k) | Possession of firearm with removed, obliterated, or altered serial number |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Marc Ramminger.

☑ Continued on the attached sheet.

*s/Marc Ramminger*
*Complainant's signature*

Special Agent Marc Ramminger, FBI
*Printed name and title*

Attested to by the affiant in accordance with the requirements of Fed.R.Crim.P. 41 by **electronic mail and telephone.**

Date: 12/17/2020

*s/Tom Schanzle-Haskins*
*Judge's signature*

City and state: Springfield, Illinois

Thomas Schanzle-Haskins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Marc Ramminger, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, deposes and states:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

2. I have been a Special Agent for the FBI since July 2018. I received training in conducting investigations and related legal matters at the FBI Academy in Quantico, Virginia. I am currently assigned to the Springfield, Illinois, District Office of the FBI. During the course of my employment as an FBI Special Agent, I have participated in a variety of national security and criminal investigations, to include the trafficking of controlled substances and weapons, while utilizing investigative techniques to include surveillance and controlled deliveries. Through such investigations and training, I have become familiar with the patterns and activities of individuals who traffic controlled substances and weapons.

3. I submit this affidavit in support of a complaint and arrest warrant charging ROBERT D. COLLINGWOOD (DOB: 11/2/1994) (hereinafter referred to as "Collingwood") with possession of a firearm with an obliterated serial number in

1

violation of Title 18, United States Code, Section 922(k). I have not included all of the facts known to me concerning this investigation. Instead, I have set forth the facts and background I believe are necessary to establish probable cause to issue the requested warrant. The statements contained in this affidavit are based in part on my own investigation, information provided by other law enforcement officers, information provided by other witnesses, and my experience and background as a law enforcement officer. If called as a witness to testify, I would testify as follows.

## SUMMARY OF INVESTIGATION

4. On or about October 12, 2020, Collingwood, while located in Springfield in the Central District of Illinois, called mental health professionals located in New Mexico, where Collingwood previously resided until October of 2020. Collingwood spoke with a mental health professional (Witness 1) and stated he was angry, wanted to kill himself, and that no one cared. Collingwood's call was transferred to another mental health professional (Witness 2). Collingwood told Witness 2 he was feeling homicidal and suicidal. As a result, Witness 2 requested the Sangamon County Sheriff's Office to conduct a welfare check. Sangamon County Sheriff Deputies responded to the 1400 block of Mathews Street in Springfield and spoke with Collingwood. After he admitted to Sangamon County Sheriff Deputies that he made the homicidal statements, deputies transported Collingwood to a local hospital for a mental health evaluation.

5. On October 14, 2020, FBI Special Agents interviewed Witness 2. Witness 2 acknowledged being familiar with Collingwood and speaking with him on the phone on October 12, 2020 in attempt to calm him down. According to Witness 2, Witness 2 had talked to Collingwood two to three times a week when Collingwood resided in Albuquerque, New Mexico and needed to calm him down in the past. Witness 2 believed that Collingwood was acutely suicidal based on the conversation on October 12. Collingwood told Witness 2 that he was "thinking about shooting up some place so that an armed guard or police officer would kill him and end it." Collingwood did not give any specific place or person for this attack. Witness 2 asked Collingwood if he had access to weapons. Collingwood stated that he did not have a weapon, but that it would not be hard to get one. Witness 2 did not believe there was any reason Collingwood could not acquire a weapon. Witness 2 believed that Collingwood "has the potential to hurt himself or others." Witness 2 knew members of the Albuquerque Police Department's Crisis Intervention Team (CIT) had responded to complaints that Collingwood had made anti-Semitic statements. Based on both Collingwood's historical behavior and new comments, Witness 2 believed Collingwood posed a risk of harm.

6. On October 14, 2020, a Certified Nurse Practitioner (CNP) with the University of New Mexico Adult Psychiatric Center was interviewed by FBI Special Agents and described the psychiatric care Collingwood received in New Mexico since May 2020. She reported that Collingwood had not been on any medication for about a

3

month but was compliant with his appointments. The CNP reported that Collingwood was "decomposing" after stopping the medication he had been on in July and August of 2020 and opined he could get worse the longer he was off the medication. Finally, she reported that Collingwood did not want medication, but suffered from schizoaffective disorder, the bipolar type, with chronic psychotic symptoms and command auditory hallucinations to hurt others.

7. My investigation has revealed that Collingwood has a history of threatening behavior. On December 19, 2019, Albuquerque Police Department was dispatched to a business after receiving reports that Collingwood had displayed unusual behaviors, confronted co-workers, and brandished a large knife. The business was evacuated, and officers spoke with Collingwood who stated he was upset with a co-worker for making fun of him.

8. Collingwood also has a history of making anti-Semitic statements and using terms associated with Islamic extremist ideology that promote violence. The FBI obtained screenshots from Collingwood's public Facebook page (www.facebook.com/robertdougie.americacollingwood associated with User ID 100003346170359) on November 7, 2020. One of these screenshots showed that on May 30, 2020, Collingwood commented in a post, "If that Minneapolis cop was under sharia law and did that its death penalty, Muslims out for justice."

4

9. On July 7, 2020, Collingwood was involuntarily committed for mental health treatment at the University of New Mexico Psychiatric Hospital. On July 13, 2020, Collingwood was interviewed by the Albuquerque Police Department. Collingwood explained that he converted to Islam sometime in 2015 and that Islam has saved him from trouble. When asked to elaborate about what he considered trouble, Collingwood explained that he was selling and using drugs and would carry a pistol. Collingwood was questioned about the symptoms he experienced while not taking his medication. Collingwood explained the symptoms of schizophrenia he was dealing with were voices and delusions. Collingwood stated he used to hit holes into walls and bite himself. Collingwood further described the symptoms as approximately seven different voices, but claimed he could ignore them. Collingwood explained he also suffers from delusions. He related that the delusions are worse and bother him, including delusions of his family's death and being unable to help his mother from being raped. He also has delusions of "kids being shot up." According to Collingwood, his delusions have to do with people that have "messed with" or wronged him in some way. On July 14, 2020, Collingwood was released from the mental health facility and prescribed medication.

10. On September 12, 2020, Collingwood posted online, "One thing I was always proud of is coming from a family of criminals #fuckthesystem." One of

Collingwood's responses to an online comment stated, "[T]he doctors are evil cunts they shot me in the ass with drugs now I'm not normal this system is designed to fail."

11. In September of 2020, a Confidential Human Source (CHS-1) had a conversation with an associate of Collingwood, who described Collingwood as going off the deep end. Collingwood was curled up in the fetal position and "freaking out" in the associate's vehicle. The associate explained Collingwood stated he wanted to stab doctors and his roommate. CHS-1 had prior contact with Collingwood and previously heard him say he wanted to commit suicide because he was tired of all his issues.

12. In October of 2020, another Confidential Human Source (CHS-2) had a conversation with Collingwood. Collingwood expressed his desire to purchase a gun with an obliterated serial number from CHS-2 in case Collingwood ran into any problems or wanted to scare people. Following this conversation, the FBI introduced an undercover FBI special agent (UC) to Collingwood.

13. In November of 2020, Collingwood communicated with the UC about acquiring a firearm with an obliterated serial number and was told it would cost $150. Collingwood expressed interest in obtaining the firearm, but stated he did not have money at the time and he would let the UC know when Collingwood was ready to purchase the firearm.

14. On December 16, 2020, the UC met with Collingwood in a vehicle outside Collingwood's residence in Springfield, Sangamon County, in the Central District of

Illinois. The vehicle was equipped with both audio and video recording equipment. During the recorded conversation, Collingwood confirmed that he wanted to obtain a firearm with an obliterated serial number. The UC showed Collingwood a Smith & Wesson, short-barreled revolver, with an obliterated serial number. (Although it was not readily apparent, the FBI had rendered the firearm inert in Virginia prior to showing it to Collingwood for everyone's safety.) Based upon my training and experience, I am aware that Smith & Wesson firearms are manufactured in Springfield, Massachusetts, and that this firearm traveled in interstate commerce prior to being shown to Collingwood.

15. At Collingwood's request, the UC then drove Collingwood to a nearby ATM, where Collingwood withdrew $140 U.S. Currency. They then drove back to Collingwood's residence. While still in the vehicle, Collingwood handed the UC $140 U.S. Currency, and the UC handed Collingwood the Smith & Wesson short-barreled revolver with an obliterated serial number.

16. After Collingwood took possession of the firearm with the obliterated serial number, I and other FBI Special Agents arrested Collingwood and located the firearm on the floor of the vehicle at Collingwood's feet. After Collingwood's arrest, I and other FBI Special Agents provided Collingwood with his Miranda warnings. He agreed to waive his rights and speak with us. Collingwood admitted to me that he met with a "friend" that day (December 16, 2020) to purchase a firearm with an obliterated

serial number. Collingwood stated he wanted the firearm to potentially kill himself and for self-defense.

FURTHER AFFIANT SAYETH NOT.

s/Marc Ramminger

MARC RAMMINGER
Special Agent
Federal Bureau of Investigation
Springfield, Illinois

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on December 17, 2020.

s/Tom Schanzle-Haskins

TOM SCHANZLE-HASKINS
United States Magistrate Judge